In the Matter of the Judicial Settlement of the Accounts of SARAH L. SCHULHOFF RICHARD, Deceased Executrix, etc., of ANTON SCHULHOFF, Deceased, by FRANK E. RICHARD and Another, Executors. EASTERN LONG ISLAND HOSPITAL ASSOCIATION, Appellant; FRANK E. RICHARD and Others, Respondents.— Decree of the Surrogate's Court of Suffolk county reopening and correcting a decree entered May 12, 1924, and settling the accounts of the executrix unanimously affirmed, with costs, payable out of the estate, to the respondents and to the special guardian, who has filed a brief in support of the decree. (Matter of Fuller, 227 App. Div. 801; affd., 254 N. Y. 519.) Present — Lazansky, P. J., Young, Carswell, Tompkins and Johnston, JJ.

In the Matter of the Application of ADELE S. COOTES for a Construction of the Last Will and Testament of HENRY WEIL, Deceased. CENTRAL HANOVER BANK AND TRUST COMPANY, as Administrator de Bonis Non of the Estate of CARLIE ALINE SIBLEY DIDRICHSEN, Deceased, and Another, Appellants; ADELE S. COOTES, and Another, Respondents.— Decree of the Surrogate's Court of Kings county construing the last will and testament of Henry Weil, deceased, unanimously affirmed, in so far as appealed from, with costs to respondents, payable out of the estate. No opinion. Present — Lazansky, P. J., Young, Hagarty, Carswell and Scudder, JJ. [151 Misc. 841.]

In the Matter of Proving the Last Will and Testament of WILLIAM N. WETTERAU, Deceased, as a Will of Real and Personal Property. EMMA A. WETTERAU and Others, Appellants; THE FARMERS AND MANUFACTURERS NATIONAL BANK OF POUGHKEEPSIE, NEW YORK, as Executor, etc., of WILLIAM N. WETTERAU, Deceased, Respondent.— Order of the Surrogate's Court of Dutchess county in so far as it granted proponent's motion for a bill of particulars from the contestants in respect of allegations of fraud asserted by them affirmed, with ten dollars costs and disbursements (Matter of Mullin, 143 Misc. 256); the particulars to be served within five days from the entry of the order herein. Lazansky, P. J., Young, Hagarty, Carswell and Scudder, JJ., concur.